UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON PARISH SCHOOL BOARD; SHONNETTE FLAKES; LAKEYIA MCGHIE; ZEDRA LOUIS; VIJAYSHRI KATYAYANI; JAMES GRAY; KATRINA TORRADO; DOE DEFENDANTS 1-10, INCLUDING INDIVIDUALS A, B, C, D, E, F, G, H, AND I, <br><br> Defendants. | Civil Action No. 2:25-cv-1908 |

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA, 70130

September 16, 2025

Dear Honorable Clerk:

Please issue summons on the complaint to the following:

1. JEFFERSON PARISH SCHOOL BOARD
   501 Manhattan Boulevard, Harvey LA 70058
2. JAMES GRAY
   501 Manhattan Boulevard, Harvey, LA 70058
3. KATRINA TORRADO
   501 Manhattan Boulevard, Harvey, LA 70058
4. SHONNETTE FLAKES
5. LAKEYIA MCGHIE
6. ZEDRA LOUIS
7. VIJAYSHRI KATYAYANI

Very truly yours,

*/s/ David Lanser*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com

*Counsel for Plaintiffs, Reda Abdelaal and Rehan Mohamad, on behalf of minor H.A.*