UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON PARISH SCHOOL BOARD; ET AL, <br><br> Defendants. | Civil Action No. 2:25-cv-1908 |

**UNOPPOSED MOTION TO ENLARGE TIME TO SERVE DEFENDANTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Reda Abdelaal and Rehan Mohamad on behalf of their minor son, H.A, who file this motion to enlarge the Rule 4(m) time period by 60 days.

As described in the attached memorandum, Plaintiffs have served some, but not Defendants, and have been working diligently with Defendants' counsel to identify and serve the Complaint on the remaining Defendants. Despite these efforts, Plaintiffs do not anticipate completing service by the December 14, 2025, deadline and thus requests a 60-day extension.

Plaintiffs contacted counsel for the already-served Defendants who stated that he has no objection to the extension.

WHEREFORE Plaintiffs request, and Defendants do not oppose, an extension of 60 days in order to serve the remaining named Defendants.

[SIGNATURE APPEARS ON THE FOLLOWING PAGE]

1

Respectfully Submitted,

*/s/ David Lanser*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com

2