UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON PARISH SCHOOL BOARD; ET AL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:25-cv-1908 <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Considering the foregoing Unopposed Motion to Enlarge Time to Serve Defendants;

IT IS ORDERED that Plaintiffs Reda Abdelaal and Rehan Mohamad on behalf of their minor son, H.A, be and hereby are granted an enlargement of time, through and including February 12, 2026, within which to serve the Complaint on the remaining named Defendants.

New Orleans, Louisiana this _____ day of _____, 2025.

_____
JUDGE

1