UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A.,** | * | **CIVIL ACTION NO. 25-1908** |
| | * | **JUDGE ELDON E. FALLON** |
| **VERSUS** | | |
| | * | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| **JEFFERSON PARISH SCHOOL BOARD, ET AL.** | * | |

\* \* \* \* \* \* \*

## ORDER

Considering the Motion for Extension of Time to Serve Defendants filed by Plaintiffs Reda Abdelaal and Rehan Mohamad on behalf of their minor son, H.A, R. Doc. 6;

**IT IS ORDERED** that Plaintiffs' motion is **GRANTED**. Plaintiffs are hereby afforded additional time in which to serve the remaining Defendants with the Complaint and Summons, through and including **February 12, 2026**.

New Orleans, Louisiana this 12th day of December, 2025.

_____
THE HONORABLE ELDON E. FALLON