UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON PARISH SCHOOL BOARD; ET AL, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:25-cv-1908 |

**MOTION TO ENLARGE TIME TO SERVE DEFENDANTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Reda Abdelaal and Rehan Mohamad on behalf of their minor son, H.A, who file this motion to enlarge the Rule 4(m) time period by 60 days.

As described in the attached memorandum, Plaintiffs have served some, but not all Defendants, and have been working diligently with Defendants' counsel to identify and serve the Complaint on the remaining Defendants. Despite these efforts, Plaintiffs do not anticipate completing service by the February 12, 2026, deadline and thus requests an additional 60-day extension.

Plaintiffs contacted counsel for all counsel of record prior to filing this motion, but did not receive a response.

WHEREFORE Plaintiffs request an extension of 60 days in order to serve the remaining named Defendants.

1

Respectfully Submitted,

*/s/ David Lanser*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com

2