UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON PARISH SCHOOL BOARD; ET AL, <br><br> Defendants. | Civil Action No. 2:25-cv-1908 |

**MEMORANDUM IN SUPPORT OF MOTION TO ENLARGE TIME TO SERVE DEFENDANTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Reda Abdelaal and Rehan Mohamad on behalf of their minor son, H.A, who file this Memorandum in support of their motion to enlarge the Rule 4(m) time period by 60 days.

This case involves the abuse suffered by minor H.A. in a special education classroom at Bonnabel High School.[1]

Plaintiffs filed this lawsuit on September 15, 2025.[2] Listed Defendants include the Jefferson Parish School Board, Principal James Gray, Superintendent Katrina Torrado, and several individuals who were physically present in the special education classroom and either directly participated in the abuse or witnessed it and failed to act.

Plaintiffs' counsel contacted the chief legal counsel for the Jefferson Parish Public School System to request a waiver of service on all Defendants on September 16, 2025. Defendants

---

[1] R. Doc. 1.
[2] *Id.*

1

Jefferson Parish School Board, James Gray, and Katrina Torrado returned executed waivers of service on October 9, 2025, through counsel of record Olden C. Toups, Jr., but counsel informed Plaintiffs that the remaining named Defendants (Vijayshri Katyayani, Zedra Louis, Lakeyia McGhie, and Shonnette Flakes) were no longer employed by Jefferson Parish. Defendants' counsel then worked with his clients to obtain last-known addresses for each of the unserved Defendants while Plaintiffs' counsel conducted its own investigation for contact information. Defendants' counsel ultimately provided last-known addresses for each of the unserved Defendants on December 1, 2025, and Plaintiffs promptly arranged a private process server for the four unserved Defendants.

Plaintiff filed a motion to extend the deadline to serve those four defendants on December 11, 2025,[3] which was granted on December 15, 2025, with a new service deadline of February 12, 2026.[4]

Since then, Plaintiffs have successfully served Shonnette Flakes and Vijayshri Katyayani, but are still working on serving Zedra Louia and Lakeyia McGhie. The private process server has identified addresses for each, but Ms. Louis has not been home during any service attempt and Ms. McGhie is, according to the private process server, refusing to answer the door at her residence. An additional 60 days is necessary to resolve these service issues.

Plaintiffs contacted all counsel of record prior to filing this motion but did not receive a response.

WHEREFORE Plaintiffs request an extension of 60 days in order to serve the remaining named Defendants.

---

[3] R. Doc. 6.
[4] R. Doc. 7.

Respectfully submitted,

*/s/ David Lanser*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com