**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**NOTICE OF MANUAL ATTACHMENT**


**REDA ABDELAAL ET AL**                          **CIVIL ACTION**


**VERSUS**                                       **NO: 25-1908**


**JEFFERSON PARISH SCHOOL**                      **SECTION: "L" (5)**
**BOARD ET AL**


**ATTACHMENTS TO DOCUMENT NO.  13**

　　　　**DESCRIPTION:**  Manual Attachment of Videos 1, 2, and 3.

　　　　**FILED BY:**   Jefferson Parish School Board Et Al

　　　　**FILE DATE:**  2/26/2026


**ARE LOCATED IN THE CLERK'S OFFICE WITH CASE MANAGER FOR JUDGE
NORTH.**