MINUTE ENTRY
NORTH, M.J.
MARCH 3, 2026

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

REDA ABDELAAL, ET AL.                                CIVIL ACTION

VERSUS                                               NUMBER: 25-1908

JEFFERSON PARISH SCHOOL BOARD, ET AL.                SECTION: "L"(5)

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

        PARTICIPATING:   David J. Lanser
                                     Olden C. Toups, Jr.

The Court and the parties continue to work toward resolution.

                                                           MICHAEL B. NORTH
                                             UNITED STATES MAGISTRATE JUDGE

MJSTAR (2:10)