**MINUTE ENTRY**
**NORTH, M.J.**
**APRIL 28, 2026**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**REDA ABDELAAL, ET AL.**                                  **CIVIL ACTION**

**VERSUS**                                                 **NUMBER:  25-1908**

**JEFFERSON PARISH SCHOOL BOARD, ET AL.**                  **SECTION:  "L"(5)**

As a result of follow-up discussions among the Court and the parties, the Court was advised this date that a settlement agreement was reached in the above matter.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**HONORABLE ELDON E. FALLON**

MJSTAR (3:35)