UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A.,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON PARISH SCHOOL BOARD; ET AL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:25-cv-1908<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>MEMORANDUM IN SUPPORT OF JOINT MOTION FOR APPROVAL OF MINOR'S SETTLEMENT</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs Reda Abdelaal and Rehan Mohamad as natural tutors on behalf of their minor child, H.A., and Defendants[1] Jefferson Parish School Board, James Gray, and Katrina Torrado, who file this memorandum in support of the *Joint Motion for Approval of Minor's Settlement*.

## I.    BACKGROUND

Plaintiffs Reda Abdelaal and Rehan Mohamad, on behalf of their minor child, H.A., filed suit on September 15, 2025, against Defendants Jefferson Parish School Board, James Gray, Katrina Torrado, Shonnette Flakes, Lakeyia McGhie, Zedra Louis, Vijayshri Katyayani, and Doe Defendants 1-10.[2] In their suit, Plaintiffs allege violations of the Americans with Disabilities Act (42 U.S.C. 12132) and Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. Section 794); the

---

[1] Named Defendants Lakeyia McGhie, Shonnette Flakes, Vijayshri Katyayani, and Zedra Louis, as well as Doe Defendants 1-10 (including Individuals A, B, C, D, E, F, G, H and I as identified in the Complaint), have yet to be joined into this lawsuit, but claims against them are nevertheless agreed to be dismissed.
[2] R. Doc. 1.

Louisiana Human Rights Act (La. R.S. 51:2231 et seq) against the JPSB; Constitutional claims, including *Monell*, Failure to Properly Hire, Train and Supervise, and Bystander Liability, including unreasonable seizures forbidden by the Fourth Amendment to the United States Constitution; Louisiana State Law claims of Assault and Battery; Federal and State Law claims of Conspiracy; Louisiana State Law claims of Fraud and Falsification of an Educational Record; Louisiana State Law claims of Negligence and Negligent Infliction of Emotional Distress; and vicarious liability.[3]

The lawsuit alleges repeated, daily physical hitting of the minor H.A., kicking H.A.'s wheelchair, using classmates to change H.A.'s diapers, verbally berating H.A., and denying H.A. meals, failure to provide the necessary training and oversight (supervision), and failure in the hiring of employees to prevent these alleged abuses.[4]

## II.    TUTORSHIP

Plaintiffs Reda Abdelaal and Rehan Mohamad are the natural and legal tutors of the minor child, H.A., due to being his biological parents. Both Reda Abdelaal and Rehan Mohamad are residents of the Parish of Jefferson in Louisiana. Reda Abdelaal and Rehan Mohamad are married and H.A. is a child of their marriage. Both Reda Abdelaal and Rehan Mohamad have full and equal legal responsibility for H.A.

## III.    SETTLEMENT

On March 3, 2026, Magistrate Judge Michael North held a settlement conference to resolve all claims in the above-captioned lawsuit. Parties made substantial progress towards a resolution at the conference, but required additional time to fully resolve the claims.

---

[3] R. Doc. 1.
[4] R. Doc. 1.

Parties reached a full and final resolution, with the continued assistance of Magistrate Judge North, on April 28, 2026.

The Parties agree that this settlement is fair and avoids the hazards of the outcome of litigation of said claims. The Parties believe that the chances of sustaining the respective contentions are equally balanced by the chances of failing to sustain them and, therefore, they desire that these claims be compromised in accordance with the agreement herein and as set forth more fully in Confidential Settlement Agreement and Release.[5]

Plaintiffs are currently arranging for the creation of a Special Needs Trust to receive and administer H.A.'s portion of the funds distributed under this Minor's Settlement. The settlement proceeds will be deposited into an interest-bearing FDIC (Federal Deposit Insurance Corporation) account pursuant to La. Code Civ. Proc. Art. 4521 until such a time that funds may be distributed to the trust.

## IV.    CONCLUSION

For the reasons stated herein and in the accompanying motion, Parties ask that this Honorable Court acknowledge and accept the role of Reda Abdelaal and Rehan Mohamad as natural tutors of H.A., approve the settlement and distribution of proceeds described above, and authorize, empower, and direct Reda Abdelaal and Rehan Mohamad to compromise the claims of the minor child, H.A., in accordance with the compromise settlement set forth herein, and to sign and execute any release forms or compromise agreement for and on behalf of and in the name of the minor child H.A. in accordance with the Special Needs Trust and to give full and complete

---

[5] Exhibit C (Confidential Settlement Agreement and Release).

receipt thereof unto the Defendants and released parties, as well as their insurers, officers, executive officers, directors, shareholders, agents, employees, and representatives in such form as may be suggested by those parties.

Respectfully submitted,

/s/ David Lanser

William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
lanser@mostandassociates.com

*Attorneys for Plaintiffs*

**GRANT & BARROW, APLC**

/s/ *Olden C. Toups, Jr.*
**OLDEN C. TOUPS, JR., T.A. (#12881)**
**CONNER R. TOUPS (#40974 )**
**BRAD J. GEGENHEIMER (#27475)**
Attorneys for Dr. James Gray, Katrina
Torrado and the Jefferson Parish School
Board
238 Huey P. Long Avenue
P. O. Box 484
Gretna, Louisiana 70054
Telephone: (504) 368-7888
Telecopier: (504) 368-7263
Email: otoups@grantbarrow.com
        ctoups @grantbarrow.com
        bradg@grantbarrow.com