UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REDA ABDELAAL and REHAN MOHAMAD,    )
on behalf of minor H.A.,    )
    )
        Plaintiffs,    )
    )
    v.    )
    )    Civil Action No. 2:25-cv-1908
JEFFERSON PARISH SCHOOL BOARD; ET    )
AL,    )
    )
        Defendants.    )
    )

### ORDER

Considering the foregoing *Joint Motion for Approval of Minor's Settlement*,

IT IS HEREBY ORDERED that the motion and all relief requested therein is GRANTED in full.

Signed this _____ day of _____, 2026, in New Orleans, Louisiana.


_____
                    JUDGE