UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON PARISH SCHOOL BOARD; ET AL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:25-cv-1908 <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF REDA ABDELAAL

I, Reda Abdelaal, under penalty of perjury, submit this Declaration in support of the *Joint Motion for Approval of Minor's Settlement* in the above-captioned case and state the following:

1.      My name is Reda Abdelaal. I am a person of the full age of majority and a resident of Jefferson Parish, Louisiana.

2.      I am a biological parent of H.A., the minor child in the above-captioned case.

3.      I am married to Rehan Mohamad and have equal legal responsibility over H.A. as a child born of our marriage.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on this date: 5/29/2026             .

DocuSigned by:

*REDA Abdelaal*
33B788A365544CD

Reda Abdelaal