UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A.,

        Plaintiffs,

        v.

JEFFERSON PARISH SCHOOL BOARD; ET AL,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:25-cv-1908

## DECLARATION OF REHAN MOHAMAD

I, Rehan Mohamad, under penalty of perjury, submit this Declaration in support of the *Joint Motion for Approval of Minor's Settlement* in the above-captioned case and state the following:

1.      My name is Rehan Mohamad. I am a person of the full age of majority and a resident of Jefferson Parish, Louisiana.

2.      I am a biological parent of H.A., the minor child in the above-captioned case.

3.      I am married to Reda Abdelaal and have equal legal responsibility over H.A. as a child born of our marriage.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on this date: 5/29/2026 .



Signed by:
Rehan Mohamad
33B788A365544CD...

Rehan Mohamad