# PLACEHOLDER - EXHIBIT C
## To be filed under seal

# CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE