**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A.,** | * | **CIVIL ACTION NO. 25-1908** |
| | * | **JUDGE ELDON E. FALLON** |
| **VERSUS** | | |
| | * | **MAGISTRATE JUDGE** |
| **JEFFERSON PARISH SCHOOL BOARD, ET AL.** | | **MICHAEL B. NORTH** |
| | * | |

\* \* \* \* \* \* \*

## ORDER

Considering the Joint Motion for Approval of Minor's Settlement, R. Doc. 16;

**IT IS ORDERED** that the motion and all relief requested therein is **GRANTED** in full.

New Orleans, Louisiana this 1st day of June, 2026.

_____
THE HONORABLE ELDON E. FALLON