**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **REDA ABDELAAL and REHAN MOHAMAD, on behalf of minor H.A.,** | * | **CIVIL ACTION NO. 25-1908** |
| | * | **JUDGE ELDON E. FALLON** |
| **VERSUS** | | |
| | * | **MAGISTRATE JUDGE** |
| **JEFFERSON PARISH SCHOOL BOARD, ET AL.** | * | **MICHAEL NORTH** |

\*   \*   \*   \*   \*   \*   \*

## ORDER

Having been informed that all of the parties to this action have firmly agreed upon a compromise as to all asserted claims;

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 5th day of June, 2026.

THE HONORABLE ELDON E. FALLON